No. 934.   FIELD ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.   *Burton W. Kanter* for petitioners.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondent.

No. 936.   CLARK *v.* ZIMMERER, COMMISSIONER OF PUBLIC HEALTH OF IOWA.   Supreme Court of Iowa.   Certiorari denied.   *H. S. Life* for petitioner.

No. 938.   PEABODY COAL CO. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 939.   UNITED MINE WORKERS OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir. Certiorari denied.   *V. Lee McMahon* for petitioner in No. 938.   *Edmund Burke, Welly K. Hopkins, Harrison Combs* and *M. E. Boiarsky* for petitioners in No. 939. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 940.   KINOSHITA & CO., LTD., *v.* LIBERTY NAVIGATION & TRADING CO.   C. A. 2d Cir.   Certiorari denied. *Robert S. Blanc, Jr.* for petitioner.   *John V. Lindsay* for respondent.

No. 680.   LOCAL 36, INTERNATIONAL CHEMICAL WORKERS UNION, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *David E. Feller, Robert L. Mitchell* and *Elliott Bredhoff* for petitioner.   *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent. Reported below: —— U. S. App. D. C. ——, —— F. 2d ——.